JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>     Plaintiff,<br><br>v.<br><br>THRIFTY PAYLESS, INC. dba RITE AID #05465; FULLERTON LAND HOLDINGS, LLC,<br><br>     Defendants. | Case No. 8:14-cv-00850-CJC-JCG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant Fullerton Land Holdings, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 8, 2015

_____
United States District Judge
Cormac J. Carney